JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARCOS WOODS, et al.,<br><br>Defendants. | Case No. 2:23-cv-00291-SB-MAA<br><br>ORDER GRANTING DISMISSAL OF ENTIRE MATTER WITHOUT PREJUDICE |

On the parties' stipulation to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 44), this case is hereby dismissed without prejudice. Each party is to bear its own attorneys' fees and costs.

Dated:   May 12, 2023

_____
**Stanley Blumenfeld, Jr.**
**United States District Judge**

1